UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GRACIELA BRETSCHNEIDER DONCOUSE,      *Civil Action No.*
                                      1:16-cv-01752-LGS

                Plaintiff,

v.

CHARLOTTE JONES OPTICIANS, LLC A DOMESTIC
LIMITED LIABILITY COMPANY, AND 676 NINTH
SUCCESSOR LLC, A DOMESTIC LIMITED LIABILITY
COMPANY,

                Defendants.
---------------------------------------------------------X

## NOTICE OF SETTLEMENT

Plaintiff, GRACIELA BRETSCHNEIDER DONCOUSE, and Defendant, CHARLOTTE JONES OPTICIANS, LLC and 676 NINTH SUCCESSOR, LLC, hereby notify this Court that a settlement has been reached between the parties. The parties are in the process of preparing and executing settlement documents, and they anticipate filing a Joint Stipulation of Dismissal with Prejudice within the next thirty (30) days.

DATED this **24th** day of **May,** 2016.

                Respectfully Submitted,

                **Law Offices of Nolan Klein, P.A.**
                *Attorneys for Defendants*
                Wells Fargo Tower – Suite 1500
                One East Broward Blvd.
                Fort Lauderdale, FL  33301
                PH:     (954) 745-0588
                FAX:   (877) 253-1691

        By:   /s/ Nolan Klein
                NOLAN KLEIN, ESQUIRE
                NK4223
                klein@nklegal.com
                amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **24th** day of **May,** 2016.

By: */s/ Nolan Klein*
 NOLAN KLEIN, ESQUIRE
 NK 4223

## SERVICE LIST:

**BRADLY G. MARKS, ESQUIRE**
THE MARKS LAW FIRM
175 Varick Street, 3rd Fl.
New York, NY 10014
Tel: (646) 770-3775
FAX: (646-770-2639
*Counsel for Plaintiff*
brad@markslawfirm.net